
☞ **ORIGINAL**

**FILED**

APR 2 1 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513
5  Trustee for Debtor
6
7
8              UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
10
11 In Re:                        )  Chapter 13
                                 )
12 CURTIS RUSSELL STANLEY        )  Case No. 09-53749 RLE
                                 )
13                               )  **NOTICE OF UNCLAIMED DIVIDEND**
                                 )
14              Debtor           )
                                 )
15 _____ )
16 The final dividend to Debtor, CURTIS RUSSELL STANLEY in the above entitled matter
17 was returned marked:    NOT DELIVERABLE AS ADDRESSED - UNABLE TO
18 FORWARD
19 It appearing to the Court that a reasonable effort was made to locate the Debtor, and good
20 cause appearing therefore,
21 IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk
22 of the above entitled Court, the sum of $75.00 as an unclaimed dividend.
23              CURTIS RUSSELL STANLEY
24              ***MAIL RET'D 09/23/09***
                840 MERIIDAN WAY #98
25              SAN JOSE, CA  95136
26
27 Dated: April 19, 2010          _____
                                  DEVIN DERHAM-BURK, TRUSTEE
28

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

UNITED STATES POSTAGE

02 1A
0004366326
$ 00.44⁰
PITNEY BOWES
SEP 11 2009
MAILED FROM ZIP CODE 95032

**RECEIVED**

SEP 16 2009

Devin Derham Burk
Trustee, Chapter 13

CURTIS RUSSELL STANLEY
840 MERIDIAN WY #98
SAN JOSE, CA 95136

Debtor

9512630805 C028
9515000013

NIXIE          951     DE 1          00   09/15/09

          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 9515000013          *2756-01972-11-40